UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON ATLEE PARSONS,

        Plaintiff,

  v.

ALAMEDA COUNTY DISTRICT ATTORNEYS OFFICE, et al.,

        Defendants.

Case No. 16-cv-04298-HSG (PR)

**JUDGMENT**

Judgment is entered against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 9/22/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge